# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                               Case No. 6:09-cr-8-Orl-35GJK

STEVEN E. JOHNSON

---

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Rule 11, F.R.Cr.P. and Rule

6.01(c)(12), Middle District of Florida Local Rules, and has entered a plea of guilty to Count One of

the Indictment. After cautioning and examining the Defendant under oath concerning each of the

subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and

that the offenses charged are supported by an independent basis in fact containing each of the essential

elements of such offense. I therefore recommend that the plea agreement and the plea of guilty be

accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly. The

Defendant remains on conditions of release pending sentencing.

Date:   October 1, 2009

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the
date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the
assigned United States District Judge. 28 U.S.C. Section 636(b)(1)(B), Rule 6.02 Middle District of Florida
Local Rules.

Copies furnished to:
Presiding District Judge, Courtroom Deputy, United States Attorney, United States Probation Office, Counsel
for Defendant