**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

-v-                                                    **CASE NO.   6:09-CR-8-ORL-35GJK**

**STEVEN E. JOHNSON**

_____

## ORDER

This case having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty (Doc. No. 32, filed 10/01/2009) and no objection thereto having been filed, it is **ORDERED**:

1.      The Report and Recommendation of the United States Magistrate Judge (Doc. No. 32) is **ACCEPTED, AFFIRMED AND ADOPTED**.

2.      Defendant Steven E. Johnson has entered a plea of guilty to Count One of the Indictment knowingly, intelligently and voluntarily.  Such plea is accepted, and Defendant is adjudicated guilty of Count One of the Indictment.

**DONE AND ORDERED** at Orlando, Florida, this 5th day of October 2009.

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE